UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLAIRE KILLIN,

Plaintiff,

-against-

BUTTERCUP CT, LLC, BRUCE THOMAS, DINART SERPA AND ALANA CALVO,
Defendant.

Case No.: 3:24-cv-01613

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

NOVEMBER 20, 2025

**IT IS HEREBY STIPULATED** and agreed by, and between the undersigned attorneys for the parties, that Plaintiff's Complaint and any and all claims that were asserted in this action are hereby dismissed in their entirety, with prejudice, without costs to either party.

Dated: November 20, 2025

/s/ Christopher J. Berlingieri, Esq.
Christopher J. Berlingieri, Esq.(ct30335)
BERLINGIERI LAW, PLLC
244 Fifth Avenue, Suite F276
New York, NY 10001
347.766.5185
cjb@nyctlaw.com
*Counsel for Plaintiff*

/s/ Jessica Z. Wragg
Jessica Z. Wragg
MUSCO & IASSOGNA
555 Long Wharf Drive, 10th Floor
New Haven, Connecticut 06511
(203) 782-4122
jessica.wragg@m-ilaw.com
*Counsel for DefendantS*